# Court of Appeals
# of the State of Georgia

ATLANTA,  August 10, 2017

*The Court of Appeals hereby passes the following order:*

**A17A2026.  BENJAMIN KENNER v. JEWELL JUDY COX.**

This case began as a dispossessory proceeding in magistrate court. After the magistrate court entered judgment in favor of Jewell Judy Cox, the defendant appealed to the state court.  The state court issued a writ of possession, and the instant appeal ensued, but we lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  Kenner's failure to do so deprives us of jurisdiction over this appeal.  Accordingly, this case is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  08/10/2017*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*